# Exhibit A

US00D579642S

(12) **United States Design Patent**
**Frempong Boadu**

(10) **Patent No.:** **US D579,642 S**
(45) **Date of Patent:** ** **Nov. 4, 2008**

(54) **SHOE SOCK**

(76) Inventor: **Gwendolyn Frempong Boadu**, 329 Washington Ave., Brooklyn, NY (US) 11205

(**) Term: **14 Years**

(21) Appl. No.: **29/280,975**

(22) Filed: **Jun. 12, 2007**

(51) **LOC (8) Cl.** .................................. **02-04**
(52) **U.S. Cl.** .................................. **D2/961**; D2/946
(58) **Field of Classification Search** .................. D2/946, D2/947, 948, 950, 952, 954, 955, 956, 961, D2/962, 965, 968, 980, 981, 982, 983, 985, D2/989, 994; 36/12, 24.5, 28, 29, 30 A, 30 R, 36/35 R, 36 R, 37, 43, 44
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

D83,615 S * 3/1931 Ischinger .................. D2/985
D83,616 S * 3/1931 Ischinger .................. D2/985
1,907,136 A 5/1933 Weitsen
1,986,124 A 1/1935 Smith
2,138,227 A * 11/1938 Damon .................. 36/22 R
2,253,959 A 6/1941 Margolin
2,257,343 A * 9/1941 Kilburn .................. 36/19.5
2,333,201 A * 11/1943 Russell .................. 36/30 R
2,411,901 A 12/1946 Silver
D165,535 S * 12/1951 McPherson .................. D2/947
4,050,167 A * 9/1977 Senter .................. 36/32 R
D252,117 S * 6/1979 Lewis .................. D2/952
D260,451 S * 9/1981 Greenblatt et al. .................. D2/952
D260,452 S * 9/1981 Greenblatt et al. .................. D2/952
D260,571 S * 9/1981 Greenblatt et al. .................. D2/952
D263,647 S * 4/1982 Railton .................. D2/952
D281,287 S * 11/1985 Vitrac .................. D2/952
D287,903 S * 1/1987 Jones et al. .................. D2/952
D310,598 S * 9/1990 Cummings .................. D2/947
5,547,620 A 8/1996 Guiotto
D381,795 S * 8/1997 Coats .................. D2/952
5,951,935 A 9/1999 Healy et al.
D440,384 S * 4/2001 Shifflett et al. .................. D2/952
D495,121 S * 8/2004 McClaskie .................. D2/952
D495,856 S * 9/2004 McClaskie .................. D2/952
D498,902 S * 11/2004 Adams .................. D2/951
D507,396 S * 7/2005 Gerber .................. D2/952
D508,602 S * 8/2005 Hatfield et al. .................. D2/953
D513,839 S * 1/2006 McClaskie .................. D2/952
D536,162 S * 2/2007 McClaskie .................. D2/952
D555,883 S * 11/2007 Andersen et al. .................. D2/952
2001/0042319 A1* 11/2001 Coomes .................. 36/11.5

* cited by examiner

*Primary Examiner*—Stella M. Reid
*Assistant Examiner*—Elizabeth J Oswecki
(74) *Attorney, Agent, or Firm*—Merchant & Gould, P.C.

(57) **CLAIM**

The ornamental design for a shoe sock, as shown and described.

**DESCRIPTION**

FIG. **1** is a top perspective view of a shoe sock showing my new design;

FIG. **2** is a bottom perspective view thereof;

FIG. **3** is a front elevation view thereof;

FIG. **4** is a rear elevation view thereof;

FIGS. **5** and **6** are side elevation views thereof;

FIG. **7** is a top plan view thereof; and,

FIG. **8** is a bottom plan view thereof.

The broken lines shown on the shoe sock represent top stitching.

**1 Claim, 5 Drawing Sheets**

EXHIBIT
tabbies
A
TO COMPLAINT



FIG.1

U.S. Patent Nov. 4, 2008 Sheet 2 of 5 US D579,642 S

FIG.2

U.S. Patent Nov. 4, 2008 Sheet 3 of 5 US D579,642 S

FIG.3

FIG.4

FIG.6

FIG.5

U.S. Patent Nov. 4, 2008 Sheet 5 of 5 US D579,642 S

FIG.7

FIG.8

# Exhibit B

(no items)

HOME SHOP ONLINE RETAILERS ABOUT US PRESS CONTACT

COLLECTION
- * FALL 2009
- *SPRING 2009
- *SPECIALS
- CASUAL
- DRESS
- FLATS
- PUMPS & SLINGBACKS
- SANDALS

Item Search

Login
Password

REGISTER |
FORGOT PASSWORD?

*SPRING 2009

Rosie

OTHER VIEWS

Sale items are exchange only.

- Metallic T- Strap Sandal with Rosettes
- .5" Heel
- Patented Gwyneth Signature sock cushion

List price: ~~$75.00~~

You save: $37.50 (50%)
In stock: **yes**

Size: 6.5

PRICE: **$37.50**

PURCHASE

WE ALSO RECOMMEND

**Zoe: Black** $98.00

PRIVACY POLICY | SHIPPING & RETURNS POLICY

© 2008 GWYNETH SHOES
SITE DESIGN: BELLEZA DIGITAL

EXHIBIT
B
TO COMPLAINT
tabbies

# Exhibit C

(no items) 

HOME SHOP ONLINE RETAILERS ABOUT US PRESS CONTACT

COLLECTION
- * FALL 2009
- *SPRING 2009
- *SPECIALS
- CASUAL
- DRESS
- FLATS
- PUMPS & SLINGBACKS
- SANDALS



Login
Password

REGISTER | FORGOT PASSWORD?

*SPRING 2009

1 2 3 next >> | show all



**CASSIE: black**
List price: ~~$79.00~~
**Price: $39.50**
You save: $39.50 (50%)



**CASSIE: dark blue**
List price: ~~$79.00~~
**Price: $39.50**
You save: $39.50 (50%)



**CASSIE: natural**
List price: ~~$79.00~~
**Price: $39.50**
You save: $39.50 (50%)



**CASSIE: yellow**
List price: ~~$79.00~~
**Price: $39.50**
You save: $39.50 (50%)



**ENVY: gold**
List price: ~~$79.00~~
**Price: $39.50**
You save: $39.50 (50%)



**ENVY: pewter**
List price: ~~$79.00~~
**Price: $39.50**
You save: $39.50 (50%)



**ONYX: black**
**Price: $98.00**



**ONYX: pewter**
**Price: $98.00**



**Quasi: Gold**
List price: ~~$139.00~~
**Price: $69.50**
You save: $69.50 (50%)



**Quasi: Gunmetal**
List price: ~~$139.00~~
**Price: $69.50**
You save: $69.50 (50%)



**Quasi: Silver**
List price: ~~$139.00~~
**Price: $69.50**
You save: $69.50 (50%)



**Quest: Black**
List price: ~~$129.00~~
**Price: $64.50**
You save: $64.50 (50%)



**Quest: peach blush**
List price: ~~$129.00~~
**Price: $64.50**



**Quest: Silver**
List price: ~~$129.00~~
**Price: $64.50**
You save: $64.50



**QUICKSTEP: black**
List price: ~~$139.00~~
**Price: $69.50**
You save: $69.50



**QUICKSTEP: grey**
List price: ~~$139.00~~
**Price: $69.50**
You save: $69.50

| You save: $64.50 (50%) | (50%) | (50%) | (50%) |
|---|---|---|---|

**QUICKSTEP: tan**
List price: ~~$139.00~~
**Price: $69.50**
You save: $69.50
(50%)

**QUINCIE: black**
List price: ~~$105.00~~
**Price: $52.50**
You save: $52.50
(50%)

**QUINCIE: brown**
List price: ~~$105.00~~
**Price: $52.50**
You save: $52.50
(50%)

**QUINCIE: white**
List price: ~~$105.00~~
**Price: $52.50**
You save: $52.50
(50%)

**ROSIE: blue**
List price: ~~$75.00~~
**Price: $37.50**
You save: $37.50
(50%)

1 2 3 next >> | show all

PRIVACY POLICY | SHIPPING & RETURNS POLICY

© 2008 GWYNETH SHOES
SITE DESIGN: BELLEZA DIGITAL

# Exhibit D



Paris Hilton Collaborates With Antebi Footwear Group For Signature Footwear Line Case 2:09-cv-01824-BAT Document 1-2 Filed 12/23/2009 Page 14 of 18 Page 1 of 1

FashionWindows

Wednesday, December 16, 2009

FASHION DESIGNERS | VISUAL MERCHANDISING | MANNEQUINS

FW HOME | BLOGS | MEMBER LOG IN | SUBSCRIBE

**Fashion Tags & Labels**
Tags and labels printed & delivered In a Flash! Visit our Site Now

**Footwear**
Order by 12/17 use Rush Shipping to Guarantee Christmas Delivery!

Ads by Google

**Visual Merchandising**

- Store Windows
- Retail Profiles
- Focal Point
- Market Watch
- New Products
- Room Service
- VM Tips & Tricks

**Resources**

- Classifieds
- Forum
- Visuals Newsletter
- Gift Shop
- Calendar of Events
- Contact Us
- Site Map
- Search This Site

# Paris Hilton Collaborates With Antebi Footwear Group For Signature Footwear Line

By: Felicia Prince

DALLAS, Aug 1, 2007/ FW/ --- It looks as if Paris Hilton is truly unsinkable! The hotel heiress continues to build her franchise as she inks a deal with the Antebi Footwear Group to launch a signature footwear line under her name.

The collection, which is expected to hit stores in early 2008, will be designed to be chic and trendy, just like its namesake. It will feature a wide range of styles, from sexy stilettos and platforms to stylish flats, wedges and a sport collection.

"My goal is to create a stylish and fun fashion line from head to toe," said Paris Hilton in a statement. According to Hilton, the shoes by the Antebi Footwear Group will complement her sportswear line that will be launching this fall.

Joseph Antebi, CEO of Antebi Footwear Group states: "Paris has been a pleasure to work with and we are very excited to be able to translate her vision into reality. Her previous ventures, such as her fragrance line, have proven to be extremely successful and we are confident that this venture will exceed her previous success."

Ads by Google

**Women's Shoes at Zappos**
Free Shipping on Women's Shoes. Plus Fun, Fast & Fantastic Service!
www.Zappos.com

**Fashion Tags & Labels**
Tags and labels printed & delivered In a Flash! Visit our Site Now
www.ibmd.averydennisoı

**Mens Casual Shoes**
Order by 12/17 use Rush Shipping to Guarantee Christmas Delivery!
www.FinishLine.com

**Denver Fashion School**
Turn Fashion Talent into a Career. Learn How at our Local Campus.
www.Fashionschoolcolor

**Previous: Market Watch Headlines**

**Start Market Watch**

**Next: Back-to-School Spending this Year to Top $18 Billion, Says NRF**

**End Market Watch**

Last updated Aug 1, 2007 fashionwindows.com,Inc© 1997-2009

**Paris Hilton Boot**
Shop Women's Boots at Macy's. One Day Sale. Save 30-50% Today!

**Huge Bandolino® Sale**
Up To 50% Off of All Bandolino Boots + Free Shipping. Shop Today!

Ads by Google

Home | Windows Gallery | Visual Merchandising | Fashion Designers | Mannequins |

Another page maintained by Sheiglagh? the AI Program.
Terms of Use | Privacy Policy

All content copyright 1997-2009
All rights reserved.
FashionWindows.com,Inc.

EXHIBIT
tabbies
D
TO COMPLAINT

http://www.fashionwindows.com/visual/2007/paris_hilton.asp 12/16/2009

# Exhibit E

**Wednesday, February 06, 2008**

**Paris Hilton Shoe Collection-South Coast Plaza**

Hi Everyone! I wanted to let you all know about something I am so excited about- my new Footwear Collection launching at Macy's South Coast Plaza on February 8th!!

I have always loved shoes and after working on my recently launched sportswear and fragrance lines, this seemed like a natural next step. The Paris Hilton Footwear Collection is perfect for the fashion-forward young woman who wants to look and feel great from head-to-toe without spending a fortune.

I love these shoes; they come in a range of styles that are totally chic and trendy – from sexy stilettos and platforms to must-have flats, wedges and boots. I personally chose the styling, design, materials and colors for the line and also wanted to make sure it was super comfortable! Each shoe has a heart shaped comfort pad sewn into the inner sole, so you can dance all night long! I also made the soles of the shoes pink so no matter how you look at them, they are super cute!

We are launching The Paris Hilton Footwear Collection at Macy's at South Coast Plaza (in Orange County, CA) on February 8th from 3-6pm! Plus, from January 29th to February 8th, girls can not only get a sneak peak of the line at Macy's South Coast Plaza, but the first 200 customers to make a purchase from the Paris Hilton Footwear Collection will be guaranteed a space in line where we can meet at the February 8th launch event.

Don't worry, if you arent in Orange County, you can also get the shoes at Kitson, Zappos.com, Endless.com, Bakers, Lord & Taylor and select specialty boutiques across the counrty.

Hope you like them as much as I do!

Xoxo,

Paris

3:49 PM 82 Comments (Add Comment) | 94 Kudos Translate



# Exhibit F

**Trix** close

Magnification: 2x 3x 4x (or click image to magnify)