Honorable Ricardo S. Martinez

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# SEATTLE

| | |
|---|---|
| BROOKE HOLLOW, INC. d/b/a GWYNETH SHOES,<br><br>Plaintiff,<br><br>v.<br><br>ANTEBI FOOTWEAR GROUP LLC and PARIS HILTON,<br><br>Defendants. | Case No. 09-cv-01824 RSM<br><br>**STIPULATED DISMISSAL WITH PREJUDICE** |

The parties who have appeared, by and through their undersigned counsel, stipulate to dismissal of this action, including all parties to this action, with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear its or her own attorney's fees and costs.

Defendant Paris Hilton has not entered an appearance, however, Fed. R. Civ. P. 41(a)(1)(A)(ii) allows the appearing parties, namely, Brook Hollow, Inc. d/b/a Gwyneth Shoes and Antebi Footwear Group LLC to stipulate to dismissal of the entire action, including all parties.

STIPULATED DISMISSAL WITH PREJUDICE - 1
09-cv-01824-RSM

**Merchant & Gould P.C.**
701 Fifth Avenue, Suite 4100
Seattle, WA 98104
Telephone: (206) 342-6200

Dated this 16th day of June, 2010

| | |
|---|---|
| By:  /s/ Troy D. Greenfield<br>Troy D. Greenfield, WSBA #21578<br>Pamela Salgado, WSBA #22741<br>Matthew J. Sekits, WSBA #26175<br>Janis C, Puracal, WSBA # 39234<br>**Bullivant Houser Bailey PC**<br>1601 Fifth Avenue, Suite 2300<br>Seattle, WA  98101-1618<br>Telephone:  206-292-8930<br>Facsimile:  206-386.5130<br>E-Mail: troy.greenfield@bullivant.com<br>E-Mail: pam.salgado@bullivant.com<br>E-Mail: matthew.sekits@bullivant.com<br>E-Mail: janis.puracal@bullivant.com<br>*Attorneys for Defendant*<br>*Antebi Footwear Group, LLC* | By:  /s/Regina V. Culbert<br>Regina V. Culbert, WSBA #30213<br>**Merchant & Gould P.C.**<br>701 Fifth Avenue, Suite 4100<br>Seattle, WA  98104<br>Telephone:  206-342-6259<br>Facsimile:  206-342-6201<br>E-Mail: rculbert@merchantgould.com<br>*Attorneys for Plaintiff*<br>*BROOKE HOLLOW, INC. d/b/a*<br>*GWYNETH SHOES* |
| | OF COUNSEL:<br>Peter A. Gergely<br>Kirstin Stoll-DeBell<br>**Merchant & Gould P.C.**<br>1050 Seventeenth Street, Suite 1950<br>Denver, CO  80265<br>Telephone:  303.357.1670<br>Facsimile:  303.357.1671<br>E-Mail: pgergely@merchantgould.com<br>E-Mail: kstoll@merchantgould.com |

It is so Ordered.

DATED this 21 day of June, 2010.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

**STIPULATED DISMISSAL WITH PREJUDICE** - 2
09-cv-01824-RSM

**Merchant & Gould P.C.**
701 Fifth Avenue, Suite 4100
Seattle, WA  98104
Telephone: (206) 342-6200